IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Kenneth Turner, | ) | Case No.: 8:08-2810-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| Life Insurance Company of North America, | ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must file the joint stipulation to March 12, 2009. The parties have advised the court that they have conducted ongoing settlement negotiations, that they can schedule a mediation on or before the Court's mediation deadline of February 25, 2009, and that they would like to have the opportunity to conduct this mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to file the joint stipulation to be moved to March 12, 2009. For good cause shown, the court does believe that an extension of time within which to file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must file a joint stipulation in the matter *sub judice* and brief the case to March 12, 2009.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to file a joint stipulation pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended as set forth

above.  In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

<u>s/Henry F. Floyd</u>  
The Honorable Henry F. Floyd  
United States District Judge

Date:  January 23, 2009